UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DESTRY WHITE, | ) |
| Plaintiff, | ) Civil No. 3:12-cv-00627-JGH |
| v. | ) |
| CONVERGENT OUTSOURCING, INC., | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the parties who have appeared in the action, Destry White, Plaintiff, and Convergent Outsourcing, Inc., Defendant, stipulate that the action is DISMISSED WITH PREJUDICE, each party to bear its own costs, including any attorney fees.

_____
Hon. John G. Heyburn II
United States District Judge

Date Entered: _____

STIPULATED TO AND TENDERED BY:

_____
Destry White
9016 Taylorsville Road
Louisville, KY 40299
502-381-1983

*Plaintiff, Pro Se*

_____
William T. Repasky, Esq.
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202-3363
502-779-8184
502-581-1087 (fax)

*Counsel for Defendant.*

LOULibrary 0125920.0601798 1351326v1